NATIONAL ANILINE AND CHEMICAL COMPANY, Respondent, *v.* HENRY LEERBURGER et al., Doing Business under the Firm Name of LEERBURGER BROS., Appellants.

*National Aniline & Chemical Co.* v. *Leerburger,* 186 App. Div. 886, affirmed.

(Argued January 19, 1920; decided February 24, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.  The action was to recover the contract price of goods sold and delivered by the firm of S. N. & G. De Pasquale Saya, of Messina, Italy, to the defendants.  Plaintiff's evidence tended to show that the members of said firm perished simultaneously in the Messina earthquake of December 28, 1908, and that the plaintiff is the assignee of their only next of kin to whom under the laws of Italy their claim passed.  Defendants claimed that the plaintiff's pleading and proofs were fatally defective.

*Everett V. Abbott* for appellants. *James A. Beha* and *John J. Cunneen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.